UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICROSOFT CORPORATION,**

      **Plaintiff,**

-vs-                              Case No. 6:05-cv-1346-Orl-28DAB

**RAVEN TECHNOLOGY, INC., AL BRINGARDNER, BRETT BRINGARDNER, NOAH J. PLANTE AND SCOTT JACOBY,**

      **Defendants.**

## ORDER

This case is before the Court on Motion for Default Judgment Against Raven Technology (Doc. No. 38) filed January 6, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed February 1, 2006 (Doc. No. 49) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion for Default Judgment Against Raven Technology (Doc. No. 38) is **GRANTED in part**. Specifically, default judgment shall be entered in favor of Plaintiff and

against Defendant Raven Technology, Inc. for statutory damages in the total amount of $10,500.00 and attorney's fees in the total amount of $2,000.00.

3. Plaintiff shall submit to the Court a revised proposed injunction incorporating the revision set forth in the Magistrate Judge's Report and Recommendation (Doc. 49, p. 6 - 7).

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __17__ day of February, 2006.

                                                JOHN ANTOON II
                                                United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party