# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICROSOFT CORPORATION,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1346-Orl-28DAB**

**RAVEN TECHNOLOGY, INC., AL BRINGARDNER, BRETT BRINGARDNER, NOAH J. PLANTE AND SCOTT JACOBY,**

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR SANCTIONS (Doc. No. 61)**
>
> **FILED:** **November 1, 2006**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED** in part.

> **MOTION:** **MOTION FOR ENTRY OF CLERK'S DEFAULT (Doc. No. 69)**
>
> **FILED:** **November 30, 2006**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

The motion for sanctions and motion for entry of clerk's default against Defendant Brashear are based on an apparent abandonment of the case by Defendants Plante, Shure, Brashear and Bringardner. As set forth in the motions, accompanying Affidavits, and a review of the docket, these Defendants have all failed to respond to discovery requests; failed to respond to the instant motions; and failed to attend Mediation. Moreover, Defendant Brashear has failed to file an Answer to the Amended Complaint.[1] As it is clear that these Defendants have abandoned the case, it is **respectfully recommended** that the motions be **granted** to the extent they seek an entry of a default against these Defendants.

It is therefore **respectfully recommended** that the Answers of these Defendants be **striken** and that a default be entered against them, for failure to defend. Plaintiff shall have 10 days thereafter to file appropriate papers seeking entry of final judgments (or to show cause why that time should be extended).

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 6, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

---

[1] According to the Affidvaits and record, Defendants Brett Bringardner, Noah Plante, Roy Shure and Don Brashear, were each personally served with the Summons and Complaint in this case on September 16, 2005 (Bringardner and Plante), and December 16, 2005 (Shure and Brashear). Bringardner, Plante and Shure filed Answers to the Complaint (Doc. Nos. 17, 18, 20 and 35). Brashear filed a Motion for More Definite Statement, which was denied by the Court. Since that denial, Brashear has not filed an Answer, nor apparently has he participated in any fashion in mounting a defense.

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy