UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICROSOFT CORPORATION,**

         **Plaintiff,**

-vs-                                                             Case No. 6:05-cv-1346-Orl-28DAB

**RAVEN TECHNOLOGY, INC., AL BRINGARDNER, BRETT BRINGARDNER, NOAH J. PLANTE AND SCOTT JACOBY,**

         **Defendants.**

## ORDER

This case is before the Court on Plaintiff's Motion for Sanctions (Doc. No. 61) filed November 1, 2006 and Motion for Entry of Clerk's Default (Doc. No. 69) filed November 30, 2006. The United States Magistrate Judge has submitted a report recommending that the motion for sanctions be granted in part and the motion for entry of default be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 6, 2006 (Doc. No. 72) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Answers filed by Defendants Brett Bringardner, Noah J. Plante, and Roy Shure are **STRICKEN**.

3.  Default is hereby entered against Defendants Brett Bringardner, Noah J. Plante, Roy Shure and Don Brashear.

4.  Plaintiff shall have ten (10) days from the date of this Order to file appropriate papers seeking entry of final judgments (or to show cause why this time should be extended).

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 28 day of December, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party