UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICROSOFT CORPORATION,**

Plaintiff,

-vs-	Case No. 6:05-cv-1346-Orl-28DAB

**RAVEN TECHNOLOGY, INC., AL BRINGARDNER, BRETT BRINGARDNER, NOAH J. PLANTE AND SCOTT JACOBY,**

Defendants.

___

# ORDER

This case is before the Court on Motion for Default Judgment and Permanent Injunction Against Marjorie Higginbotham (Doc. No. 66) filed November 15, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted, in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 17, 2007 (Doc. No. 93) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion For Default Judgment and Permanent Injunction Against Defendant Marjorie Higginbotham (Doc. 66) is **GRANTED** in part.

3. Default judgment shall be entered in favor of Plaintiff and against Marjorie Higginbotham, with Plaintiff awarded statutory damages in the total amount of $10,500.00 and attorney's fees in the total amount of $2,180.00.

4. A permanent injunction shall be entered as a separate document.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 8th day of February, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party