UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICROSOFT CORPORATION,**

**Plaintiff,**

-vs-                                                             Case No. 6:05-cv-1346-Orl-28DAB

**RAVEN TECHNOLOGY, INC., AL BRINGARDNER, BRETT BRINGARDNER, NOAH J. PLANTE, ROY SHURE, DON BRASHEAR, MARJORIE HIGGINBOTHAM AND SCOTT JACOBY,**

**Defendants.**

## ORDER

This case is before the Court on Plaintiff's Motion For Default Judgment and Permanent Injunction Against Roy Shure (Doc. No. 87), Motion For Default Judgment and Permanent Injunction Against Noah J. Plante (Doc. No. 88), Motion For Default Judgment and Permanent Injunction Against Brett Bringardner (Doc. No. 89), and Motion For Default Judgment and Permanent Injunction Against Don Brashear (Doc. No. 90) filed January 12, 2007. The United States Magistrate Judge has submitted a report recommending that the motions be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 23, 2007 (Doc. No. 101) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motions For Default Judgment and Permanent Injunction Against Roy Shure (Doc. No. 87), Noah J. Plante (Doc. No. 88), Brett Bringardner (Doc. No. 89) and Don Brashear (Doc. No. 90) are **GRANTED** in part.

3. Default judgment shall be entered in favor of Plaintiff and against Roy Shure, with Plaintiff awarded statutory damages in the total amount of $10,500.00 and attorney's fees in the total amount of $2,180.00.

4. Default judgment shall be entered in favor of Plaintiff and against Noah J. Plante, with Plaintiff awarded statutory damages in the total amount of $10,500.00 and attorney's fees in the total amount of $2,180.00.

5. Default judgment shall be entered in favor of Plaintiff and against Brett Bringardner, with Plaintiff awarded statutory damages in the total amount of $10,500.00 and attorney's fees in the total amount of $2,180.00.

6. Default judgment shall be entered in favor of Plaintiff and against Don Brashear, with Plaintiff awarded statutory damages in the total amount of $10,500.00 and attorney's fees in the total amount of $2,180.00.

7. A permanent injunction shall be entered as a separate document.

8. All pending motions are **DENIED as moot.**

9. After entry of judgment as directed in this Order, the Clerk is directed to close this file.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_\_14\_\_\_ day of March, 2007.

                                                JOHN ANTOON II
                                                United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party